1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
10   MICHAEL ANGELO TELLEZ,          )   No. CV 12-7374 FFM
                                     )
11              Plaintiff,           )
                                     )   JUDGMENT
12        v.                         )
                                     )
13   CAROLYN W. COLVIN, Acting       )
     Commissioner of Social Security,)
14                                   )
                Defendant.           )
15   _____)
                                     )
16
17        In accordance with the Memorandum Decision and Order filed concurrently

     herewith,
18
19        IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner

     of Social Security Administration, is affirmed and this action is dismissed with prejudice.
20
21
22   DATED: November 25, 2014
23                                          /S/ FREDERICK F. MUMM
                                          FREDERICK F. MUMM
24                                        United States Magistrate Judge
25
26
27
28